## GENERAL COURT, OCTOBER TERM, 1797.

### WOLGAMOT *vs.* BRUNER.

APPEAL from Washington county court. This is the
same case reported *ante,* page 70. It was an action of
*replevin,* brought by the present appellant, wherein the
defendant, the present appellee, avowed a distress for
35*l.* current money, being for half a year's rent in ar-
rear, ending on the 1st of July, 1794, under and in vir-
tue of an indenture of demise between them made, &c.
The plaintiff pleaded thereto three pleas—1st. *Nothing
in arrear.* 2d. *Payment;* and 3d. *Discount,* or *set off,* as
to part, and *payment* as to the residue, viz. "as to 25*l.*
11*s.* 9*d.* current money, part of the said 35*l.* rent in the

Oct. 1797.

Welgamot
v.
Bruner.

avowry alleged to be in arrear, the defendant on the 1st of March, 1794, was, and still is, indebted to him the plaintiff, in the sum of 25l. 11s. 9d. current money, for and on account of a note of hand for so much money due and owing from a certain S. B. to the plaintiff, and by the plaintiff then and there assigned and delivered to the defendant at his special instance and request; which said sum of 25l. 11s. 9d. he the plaintiff is willing and hereby offers to set off as far as the same will go in part discharge of the said sum of 35l. by the defendant in his avowry above pretended to be in arrear and due from the plaintiff; and as to 9l. 8s. 3d. current money, the residue of the said 35l." he pleaded *payment.* Issue was joined to the *first plea;* general replication and issue joined to the *second plea,* and a *general demurrer* to the *third plea,* and joinder. VERDICTS for the defendant, "and the jury find the value of the property distrained to amount to 32l. 10s. 0d. current money, and the rent arrear to be 33l. 0s. 10d. current money." JUDGMENT "that the plaintiff take nothing by his writ aforesaid, but for his false claim be in mercy, &c. and that the defendant go thereof without day; and that he the defendant have a return of the goods and chattels aforesaid to the amount of 32l. 0s. 10d. current money, detained to him irreplevisable forever," and costs.

### BILL OF EXCEPTIONS.

The plaintiff, at the trial, to support the issues on his part as to the pleas in this case, of no rent in arrear, and of payment as to part and tender as to the residue, offered evidence to the jury to prove, that on the 1st of March, 1794, he the plaintiff, without any consideration therefor, assigned to the defendant a note of hand for 21l. 0s. 10d. which the defendant received, and agreed to take upon himself the recovery thereof, and to make himself answerable to the plaintiff for the amount thereof; which he offered in evidence to the jury of a payment for the amount of the said note in part discharge of the rent avowed for in this cause. THE COUNTY COURT adjudged, and so directed the jury, that this was no evidence to them of any payment by the plaintiff to the defendant, in part discharge of the rent avowed for in this action. The plaintiff excepted, and appealed to this court.

*Mason,* for appellant.

*Shaaff,* for appellee.

Statutes cited—7 *Hen.* 8. ch. 4. 21 *Hen.* 8, ch. 19. 17 *Car.* 2, ch. 7 and 19 *Geo.* 2, ch. 19, s. 23, also cited *Lill. Ent.* 348, and 542.

THE GENERAL COURT, at the last term, *affirmed* the judgment of the county court upon the *demurrer,* and, at the present term. *affirmed* the judgment upon the ver-

*dicts*, concurring with the county court as to the opinion expressed in the *bill of exceptions*.